# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lance Sr, Alan G. | Court of Appeals for Veterans Claim | 05/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge - Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

625 Indiana NW Ste 900
Washington D.C., 20004

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President and Stockholder | Lance Land and Livestock, Ltd. |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/91 | State of Idaho - Pension upon retirement after age 55 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | Rental income from a parking space | $900.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Arizona State Veterans Service Officers' | June 2011 | Carefree, Arizona | Speaking engagement | Airfare, baggage, lodging and transportation. |
| 2. | American Legion | August 2011 | Minneapolis, Minnesota | Speaking engagement | Airfare, lodging, and transportation. |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/09/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae - Federal Student Loan | Co-Signer on student loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  IRA #1 - Charles Schwab | B | Int./Div. | K | T | | | | | |
| 2.  -Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 3.  -GE Common Stock | A | Dividend | J | T | | | | | |
| 4.  -Proctor & Gamble Common Stock | A | Dividend | J | T | | | | | |
| 5.  -Heinz HJ Co Common Stock | A | Dividend | J | T | | | | | |
| 6.  -Frontier Communications Common Stock | A | Dividend | J | T | Buy (add'l) | 04/19/11 | J | | |
| 7.  -Hecla Mining Company Common Stock | | None | | | Sold | 03/21/11 | J | A | |
| 8.  -The Southern Company Common Stock | A | Dividend | J | T | | | | | |
| 9.  -J H Smucker Company Common Stock | A | Dividend | J | T | | | | | |
| 10.  -Briggs & Stratton Corp Common Stock | A | Dividend | J | T | | | | | |
| 11.  -Marathon Oil Corp Common Stock | A | Dividend | | | Sold | 04/18/11 | J | A | |
| 12.  -Snyder-Lance, Inc Common Stock | A | Dividend | J | T | | | | | |
| 13.  -Johnson & Johnson, Inc Common Stock | A | Dividend | J | T | Buy | 04/19/11 | J | | |
| 14.  -C S X Corp Common Stock | | None | J | T | Buy | 12/29/11 | J | | |
| 15.  Lance Land & Livestock, LTD. | D | Distribution | M | U | | | | | |
| 16.  - Cash, Land, and Buildings | D | Distribution | M | U | | | | | |
| 17.  Common Stock Parks America! Inc. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #2 - Vanguard | | None | L | T | | | | | |
| 19. -Emerging Mkts Stock Index | | None | J | T | | | | | |
| 20. -Health Care Fund Inv | | None | L | T | | | | | |
| 21. Life Investors: Cash Value Life Insurance | | None | K | T | | | | | |
| 22. ING ReliaStar Life Insurance | | None | J | T | | | | | |
| 23. IRA #3 - Franklin Templeton Investments IRA (Edward Jones) | | None | N | T | | | | | |
| 24. -Mutual Global Discovery Fund - Class C | | None | K | T | | | | | |
| 25. -Franklin Income Fund - Class C | | None | L | T | | | | | |
| 26. -Templeton Global Bond Fund - Class C | | None | K | T | | | | | |
| 27. -Franklin Strategic Ser Income Fund - Class C | | None | K | T | | | | | |
| 28. -Franklin US Government Secs Fund - Class C | | None | L | T | | | | | |
| 29. -Franklin Balance Fund - Class C | | None | K | T | Buy | 03/15/11 | K | | |
| 30. -Franklin Equity Income Fund - Class C | | None | K | T | Buy | 03/15/11 | K | | |
| 31. -Franklin Rising Dividends Fund - Class C | | None | K | T | Buy | 03/15/11 | K | | |
| 32. Working Interest, Frontier Oil and Refining Co. | A | Royalty | | | Merged (with line 33) | 10/17/11 | J | | |
| 33. Working Interest, HollyFrontier Refining & Marketing LLC | A | Royalty | J | W | | | | | |
| 34. Public Employee Retirement System of Idaho | E | Distribution | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Capital One Bank | A | Interest | M | T | | | | | |
| 36. Narfe Premier Credit Union | A | Interest | L | T | | | | | |
| 37. StellarOne Bank | A | Interest | J | T | | | | | |
| 38. LPL Financial Investment Account | C | Dividend | M | T | | | | | |
| 39. -Advisors Inner Circle Fund Li Grt Valu (X) | A | Dividend | J | T | | | | | |
| 40. -Aqr Funds Diversified Arbi Cl I (X) | A | Dividend | J | T | | | | | |
| 41. -Artisan Fds Inc Mid Cap Value Fd Inv (X) | A | Dividend | J | T | | | | | |
| 42. -Columbia Funds Ser Tr II MA Marsico CIZ (X) | A | Dividend | J | T | | | | | |
| 43. -Eaton Vance MF Floating Rate Cl I (X) | A | Dividend | J | T | | | | | |
| 44. -Eaton Vance Mun National Munis Cl I (X) | A | Dividend | J | T | | | | | |
| 45. -First Eagle Fds Inc Overseas Fd Cl I (X) | A | Dividend | J | T | | | | | |
| 46. -Forward Funds Global Infrastr Fund Cl (X) | A | Dividend | J | T | | | | | |
| 47. -Hotchkis Wiley Funds High Yield Fund A (X) | A | Dividend | J | T | | | | | |
| 48. -JPMorgan Tr I Strat Incm Opptys Select (X) | A | Dividend | J | T | | | | | |
| 49. -Oppenheimer Sr Floating Rate Fund Cl Y (X) | A | Dividend | J | T | | | | | |
| 50. -Pimco Funds Total Return Fund Cl P (X) | A | Dividend | J | T | | | | | |
| 51. -Rs Invt Trust Global Natural R (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lance Sr, Alan G. | 05/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Templeton Global Bond Fd Advs Cl (X) | A | Dividend | J | T | | | | | |
| 53. -Turner Funds Spectrum Fund Instl Cl (X) | A | Dividend | J | T | | | | | |
| 54. -Western Asset Core Plus Bd Port Instl (X) | A | Dividend | J | T | | | | | |
| 55. -LPL Financial Cash Account | | None | J | T | | | | | |
| 56. Union First Market Bank | A | Interest | L | T | Open | 09/10/11 | L | | |
| 57. Scott & Stringfellow Investment Account | A | Dividend | J | T | Open | 02/14/11 | J | | |
| 58. -Mkt Vctrs Agribusn ETF | A | Dividend | J | T | Buy | 02/14/11 | J | | |
| 59. -Nuveen Energy MLP ETF | A | Dividend | J | T | Buy | 02/18/11 | J | | |
| 60. Idaho Central Credit Union (X) | A | Interest | K | T | | | | | |
| 61. US Series I Bonds | | None | J | T | Buy | 10/17/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII - Line 23: This IRA is now being administered by Edward Jones. There was no change in the investments when the administration was moved.

2. Part VII - Line 24: The name of this fund has been updated to reflect the name listed by the broker, but the investment has not changed.

3. Part VII - Line 27: The name of this fund has been updated to reflect the name listed by the broker, but the investment has not changed.

4. Part VII - Line 28: The name of this fund has been updated to reflect the name listed by the broker, but the investment has not changed.

5. Part VII - Line 32: Frontier Oil and Refining Co. merged with Holly Refining & Marketing LLC to become HollyFrontier Refining & Marketing LLC. The new name is listed on Line 33.

6. Part VII - Line 34: This retirement benefit became active beginning May 2009. It is also reported in Part II, Agreements.

7. Part VII - Line 38: This was formerly listed as LPL: IT Model: Downside Risk Aware Diversifed Plus-MF. It is a managed asset account. The assets in that are account are listed on Lines 39-55.

8. Part VII - Lines 39-55: These assets are now being reported because of the Committee clarification on managed asset accounts.

9. Part VII - Line 60: This asset become reportable in 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Alan G. Lance Sr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544